UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2243-GW(AGRx) | Date | January 26, 2016 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. Contra Costa Electric, Inc. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 25, 2016, Magistrate Judge Alicia G. Rosenberg advised this Court that settlement was reached. The Court sets an Order to Show Cause Hearing re: Settlement for March 24, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by March 21, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG